STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v.
MATTHEW LANISH, DEFENDANT-RESPONDENT.

Argued May 9, 1969—Decided June 2, 1969.

*Mr. Remo M. Croce,* Deputy Attorney General, argued the
cause for appellant (*Mr. Arthur J. Sills,* Attorney General,
attorney).

*Mr. Victor Friedman* argued the cause for respondent
(*Mr. Louis A. Smith* on the brief).

PER CURIAM. The judgment is affirmed for the reasons
expressed in the opinion of Judge Sullivan in the Appellate
Division, 103 *N. J. Super.* 441.

*For affirmance* — Chief Justice WEINTRAUB and Justices
JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-
MAN. — 7.

*For reversal* — None.